# CASE ANNOUNCEMENTS
## *May 28, 2010*

[Cite as *05/28/2010 Case Announcements*, 2010-Ohio-2368.]

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. 17.1:

**2010–0847.   Ridgewood Rd. Properties, L.L.C. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–A–1406.

**2010–0900.   Worthington City Schools Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2006–V–381.

**2010–0925.   State ex rel. Wilkes v. Indus. Comm.**
Franklin App. No. 09AP–216, 2010-Ohio-1648.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. 17.1(E):

**2010–0385.   State ex rel. Whirlpool Corp. v. Indus. Comm.**
Franklin App. No. 09AP–380, 2010-Ohio-255.

# CASE ANNOUNCEMENTS
## *June 1, 2010*

[Cite as *06/01/2010 Case Announcements*, 2010-Ohio-2396.]

## MISCELLANEOUS DISMISSALS

**2009–1914.   Southeastern Local School Dist. Bd. of Edn. v. Clark Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2007–T–432. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

**2009–2155.   State ex rel. Adkins v. Indus. Comm.**
Franklin App. No. 08AP–979, 2009-Ohio-5777. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.